# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

_____6th_____ Division

2023 JAN 31 PM 2:32

STEPHEN CORTNEY MAXWELL

Case No. cv-**03-23 0094**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ✔ Yes ☐ No

-v-

UNTIED STATES GOVERNMENT AND CONGRESS
SHEILA JACKSON LEE, ACTING AS FEDERAL
REPRESENTATIVE IN AND FOR THE
STATE OF TEXAS

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: STEPHEN CORTNEY MAXWELL
Address: 5331 MT VIEW ROAD/#166
City: ANTIOCH  State: TN  Zip Code: 37013
County: DAVIDSON
Telephone Number: 629 772 1587
E-Mail Address: STEPHENMAXWELL40@GMAIL.COM

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: SHIELA JACKSON LEE
Job or Title (if known): U.S. CONGRESSWOMAN FOR TEXAS
Address: RAYBURN OFFICE BLDG., 2709
City: WASHINGTON  State: DC  Zip Code: 20515
County: DISTRICT OF COLUMBIA
Telephone Number: (202) 225-3816
E-Mail Address (if known):

[ ] Individual capacity  [✔] Official capacity

Defendant No. 2
Name:
Job or Title (if known):
Address:
City:  State:  Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity  [ ] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

    _____
    City     State     Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

    [ ] Individual capacity    [ ] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

    _____
    City     State     Zip Code

    County
    Telephone Number
    E-Mail Address *(if known)*

    [ ] Individual capacity    [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    [✔] Federal officials (a *Bivens* claim)

    [ ] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
    1ST AMENDMENT RIGHTS AND THAT OF FREE SPEECH BEING SUPRESSED
    Redress & grievence with my Elected leaders

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

ON OR ABOUT THE 16TH OF JANUARY, THE FOLLOWING BEGAN,In her "Leading Against White Supremacy Act of 2023," which clearly suggests that this bill only applies to white people, white people would not be allowed to ask questions about open borders, criticize minorities or advocate for preserving American culture. UNDER THIS LEGISLATION WE COULD FACE FEDERAL IMPRISONMENT FOR ASKING ABOUT THE AFOREMENTIONED TO EVEN OUR ELECTED

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

UNDER COLOR OF LAW CONGRESSOWMAN JACKSON RIPS OUR RIGHTS AS WHITE CITZENS IN AMERICA AWAY FROM ASKING THE TOUGH QUESTIONS AND "REDRESSING OUR GRIEVANCES WITH OUR ELECTED LEADERS. *Unable to make speeches or writings thereof*

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
U.S. HOUSE OF REPRESENTATIVES, WASHINGTON, D.C.

B. What date and approximate time did the events giving rise to your claim(s) occur?
JANUARY 16, 2023, TIME UNKNOWN

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IF AND WHEN CONGRESS SHALL RECIEVE ON THE FLOOR AND PASS THIS LAW , I WILL NO LONGER EVEN BE ABLE TO REDRESS MY GRIEVANCES WITH MY ELECTED LEAERS AND AS ONE WHO DESIRES TO RUN FOR OFFICE IN 2028 FOR PRESIDENT OF THE UNITED STATES, AS A WHITE PERSON, I WANT TO MAKE SURE I CAN GIVE MY SPEECHES WITHOUT BEING TOWED/HAULED AWAY FOR EXPRESSING HOW TO BRING AMERICA BACK TO 1776.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

MS JACKSON CLEARLY HAS VIOLATED MY RIGHTS AS A UNITED STATES CITIZEN BOTH BEING BORN HERE IN THIS COUNTRY AND AS A WHITE PERSON, RACISM IS NEVER TOLERATED IN THIS COUNTRY AND I WON'T TOLERATE IT EITHER ON MY PERSON, WHETHER ACTING UNDER COLOR OF LAW OR BEING A FEDERAL ELECTED LEADER IN WHICH EVERY PRIVATE CITIZEN IS SUPPOSED TO BE SCARED OF:

I AM CLAIMING MENTAL ANGUISH FOR BEING INSULTED AS A UNITED STATES REPRESENTATIVE IN FEAR OF HAVING TO KEEP SILENT ON THE ISSUES OF THE DAY.

I AM CLAIMING HARRASSEMENT AND INTIMIDATION FOR NOT BEING ABLE TO REDRESS MY GRIEVANCES WITH MY ELECTED LEADERS WITHOUT FEAR ON THE ISSUES I WANT TO TALK ABOUT

I AM CLAMING I WILL BE OR ARE BEING SUPPRESSED AND CENSORED FOR NOT BEING ABLE TO ASK THE QUESTIONS ALL AMERICANS SHOULD BE ABLE TO ASK.

I AM CLAIMING VIOLATION OF 18 USC 241 IN SUPPRESSION OF MY RIGHTS If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; THE DEMOCRATIC PARTY AND ELECTED OF CONGRESS ARE CO-CONSPIRING WITH SHEILA JACKSON LEE

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

EXPULSION AND TERMINATION OF ALL RIGHTS OF SHEILA JACKSON LEE TO BE REPRESENTING TEXAS IN CONGRESS.

I ASK FOR A FORMAL INJUNCTION ON Leading Against White Supremacy Act of 2023,

I AM ALSO ASKING THE COURTS FOR THE UNITED STATES GOVERNMENT TO PAY NOT LESS THAN $10 BILLION UNITED STATES DOLLARS FOR THE VIOLATION OF MY RIGHTS AND PRIVILEGES UNDER UNITED STATES LAW AND THE 1ST AMENDMENT OF THE UNITED STATES CONSTITUTION.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/26/2023

Signature of Plaintiff

Printed Name of Plaintiff   STEPHEN CORTNEY MAXWELL

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

*City*    *State*    *Zip Code*

Telephone Number
E-mail Address