# CONGRESS.GOV

## H.R.61 - Leading Against White Supremacy Act of 2023

118th Congress (2023-2024) | Get alerts

Sponsor:    Rep. Jackson Lee, Sheila [D-TX-18] (Introduced 01/09/2023)
Committees:  House - Judiciary
Latest Action:  House - 01/09/2023 Referred to the House Committee on the Judiciary. (All Actions)
Tracker: ⓘ

| Introduced | Passed House | Passed Senate | To President | Became Law |

---

Summary(0)  **Text(1)**  Actions(2)  Titles(2)  Amendments(0)  Cosponsors(0)  Committees(1)  Related Bills(0)

There is one version of the bill.

Text available as: XML/HTML   XML/HTML (new window)   TXT   PDF (230KB) ⓘ

**Shown Here:**
**Introduced in House (01/09/2023)**

118TH CONGRESS
1ST SESSION

# H. R. 61

To prevent and prosecute white supremacy inspired hate crime and conspiracy to commit white supremacy inspired hate crime and to amend title 18, United States Code, to expand the scope of hate crimes.

## IN THE HOUSE OF REPRESENTATIVES

JANUARY 9, 2023

Ms. JACKSON LEE introduced the following bill; which was referred to the Committee on the Judiciary

# A BILL

To prevent and prosecute white supremacy inspired hate crime and conspiracy to commit white supremacy inspired hate crime and to amend title 18, United States Code, to expand the scope of hate crimes.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

## SECTION 1. SHORT TITLE.

This Act may be cited as the "Leading Against White Supremacy Act of 2023".

## SEC. 2. WHITE SUPREMACY INSPIRED HATE CRIME.

Case 3:23-cv-00094   Document 1-3   Filed 01/31/23   Page 1 of 23 PageID #: 9

(a) IN GENERAL.—A person engages in a white supremacy inspired hate crime when white supremacy ideology has motivated the planning, development, preparation, or perpetration of actions that constituted a crime or were undertaken in furtherance of activity that, if effectuated, would have constituted a crime.

(b) CONSPIRACY.—A conspiracy to engage in white supremacy inspired hate crime shall be determined to exist—

(1) between two or more persons engaged in the planning, development, preparation, or perpetration of a white supremacy inspired hate crime; or

(2) between two or more persons—

(A) at least one of whom engaged in the planning, development, preparation, or perpetration of a white supremacy inspired hate crime; and

(B) at least one of whom published material advancing white supremacy, white supremacist ideology, antagonism based on "replacement theory", or hate speech that vilifies or is otherwise directed against any non-White person or group, and such published material—

(i) was published on a social media platform or by other means of publication with the likelihood that it would be viewed by persons who are predisposed to engaging in any action in furtherance of a white supremacy inspired hate crime, or who are susceptible to being encouraged to engage in actions in furtherance of a white supremacy inspired hate crime;

(ii) could, as determined by a reasonable person, motivate actions by a person predisposed to engaging in a white supremacy inspired hate crime or by a person who is susceptible to being encouraged to engage in actions relating to a white supremacy inspired hate crime; and

(iii) was read, heard, or viewed by a person who engaged in the planning, development, preparation, or perpetration of a white supremacy inspired hate crime.

(c) DEPARTMENT OF JUSTICE AUTHORITY, ENFORCEMENT, MONITORING, AND REPORTING.—The Department shall have authority to conduct operations and activities pursuant to this section, specifically—

(1) with regard to information or evidence obtained by the Department of any action cited in this section, the Department shall have the authority to investigate, intercede, and undertake other actions that it deems necessary and appropriate to interdict, mitigate, or prevent such action from culminating in violent activity;

(2) the Department shall have the authority to prosecute persons who engaged in actions cited in this section; and

(3) the Uniform Crime Reporting Program in the Department of Justice shall maintain records of white supremacy inspired hate crimes and related actions cited in this section, and enforcement actions in response thereto.

The Department shall provide annual reports to the appropriate committees in Congress that shall include information cited in this paragraph.

## SEC. 3. CRIMINAL OFFENSE.

Section 249(a)(1) of title 18, United States Code, is amended—

(1) in the matter preceding subparagraph (A) by inserting after "race, color, religion, or national origin of any person" the following: ", or because of a white supremacy based motivation against any person"; and

(2) in subparagraph (B)—

(A) in clause (i), by striking "or" at the end;

(B) in clause (ii), by striking the period and inserting "; or"; and

(C) by adding at the end the following:

"(iii) the offense was in furtherance of a white supremacy based motivation.".

## SEC. 4. FINDINGS.

Section 4702 of the Matthew Shepard and James Byrd Jr. Hate Crimes Prevention Act (18 U.S.C. 249 note) is amended by adding at the end the following:

"(11) Mass shootings and other hate crimes motivated by white supremacy have been increasing in frequency and intensity. These heinous and virulent crimes are inspired by conspiracy theories, blatant bigotry, and mythical falsehoods such as "replacement theory". All instances must be prevented and severe criminal penalties must be applied to their perpetrators.".

**Filing of this Criminal Complaint by Plaintiff(s) is mandated by 18 USC § 4**

THE SUPREME LAW OF THE LAND HAS BEEN WAITING FOR US TO USE IT TO PROTECT OUR CERTAIN
UN-A-LIEN-ABLE RIGHTS ENDOWED BY OUR CREATOR AND SECURED BY OUR FIRM OBEDIENCE TO THE
CONSTITUTION



# UNITED STATES CONSTITUTION CITATION
# CRIMINAL COMPLAINT
## AFFIDAVIT AND BRIEF OF INFORMATION

THE UNITED STATES *House of Representatives*
(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)

FOR THE DISTRICT OF (State) *Washington DC*

IN THE COUNTY OF *District of Columbia*

---

## UNITED STATES OF AMERICA

BY (Plaintiff(s) / Accuser(s))
*Stephen C Maxwell*

VS. (Defendant(s) / Accused)
*Sheila Jackson Lee*
*Democratic Party*
*DNC*

AND ANY UNKNOWN OTHERS.

---

**Federal Criminal Case #**

_____

**Date**

_____

**Citizen's Criminal Complaint
pursuant to 18 USC § 4**

Denied Full Disclosure, Violation
of Due Process, Violation of
required Constitutional Oaths, &
Violation of our Civil Rights

**Points of Law:**
U.S. Const Article 1 § 10
U.S. Const. Article IV § I,
Amend.1, 5, 6, 9,10, & 14
18 USC §§ 3, 4, 241, 242, 1001,
1621, 1622, 2071, & 2383.
42 USC § 1986
--Rights & Remedies--
UCC 1-308
UCC 1-201

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent**

### CONSTRUCTIVE NOTICE

To avoid the Dire Consequences of this Criminal Complaint, the accused/defendant(s) must present rebuttal by sworn counter-affidavit, "specifically" stating all rebuttal to be "True, Correct, Materially Complete, and not Misleading," by "Specific Documentary Proof to the Contrary" to each point, point-by-point within <u>three months Jewish</u> (90 days statutory) from the issuance of this Criminal Complaint by Certified Return Receipt Mail to the following address:

You will enter your name & mailing address, OR your name c/o your Notary & his address, etc.

ALL POINTS NOT DENIED AND PROPERLY REBUTTED SHALL BE CONFESSED / AFFIRMED, BY SUCH DEFAULT, AND SHALL BE ACCEPTED AS DISPOSITIVE, CONCLUSIVE FACTS BY ACCUSED/DEFENDANTS and/or OTHER PROPERLY DELEGATED AUTHORITY, WHO HAD THE OPPORTUNITY AND "FAILED TO PLEAD." ALL COUNTER-AFFIDAVITS MUST BE SIGNED WITH THE VALID LEGAL NAME OF THE RESPONDENT AND PROPERLY NOTARIZED. FICTITIOUS OR INCOMPLETE NAMES OF RESPONDENTS OR THOSE NOT CONTAINING COMPLETE LEGAL FIRST, MIDDLE, AND LAST NAMES SHALL NOT CONSTITUTE A VALID RESPONSE BECAUSE THEY ARE NOT PROPERLY "AUTHENTICATED". (To be properly "<u>Authenticated</u>", it must satisfy and "<u>Honor</u>" the "<u>Full Faith and Credit</u>" requirements of the Constitution Article IV § I)

## Purpose of this Criminal Complaint

This Criminal Complaint secures the **"Remedy"** for the herein named people (s') **"Right"** to obtain Lawful Remedy from any public officials(s) who have and are continuing to violate our Creator-endowed certain **"Un-a-lien-able Rights,"** and **Freedoms** secured and protected by the Lawful Constitution for the United States of America.

## Statement of Fact(s)

This instrument is being used to accuse the above-named defendant(s) of the offense of violation(s) of the herein listed and marked parts of the Constitution of the United States of America --- the ORIGINAL and SUPREME Law of the Land.

Said defendant(s), on or about (Enter Date) *1/16/22 WASHINGTON, DC*, in (ENTER COUNTY) County, The State of (ENTER STATE), did unlawfully (describe events in your own words): *HR Col was made to make all white Persons to keep their mouths shut cause to violate white Persons 1st Amendment freedom of speech.*

---

**ARTICLE 6, CONSTITUTION FOR THE UNITED STATES:**

"**THIS CONSTITUTION,** and the laws of the United States of America which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States of America, **SHALL BE THE SUPREME LAW OF THE LAND**; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding." ...

---

**16 AM JUR 2D 177,178:**

The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose;

Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it;

No one is bound to obey an unconstitutional law, and no courts are bound to enforce it;

An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the Fundamental Law of the Land, it is superseded thereby;

The general rule is that an unconstitutional act of the Legislature protects no one. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences.

---

**INSTRUCTION: Mark the boxes below where you believe the Law has been violated.**

| THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) | **101/OC** – **O**bligation of **C**ontracts<br>└ Clause 1<br>└ Section 10<br>└ Article 1    **AM14.1/EP** – **E**qual **P**rotection<br>└ Section 1<br>└ Amendment 14 |
|---|---|

**J = JUDGE; A = ATTORNEY; O = OTHER; X = Judge, Attorney, Other**

**I. PROTECTIONS OF YOUR BASIC RIGHTS -** (You can add more, such as attachments on the line below labeled "other")

_____ **AM1/FR** No law shall be made limiting my freedom of religion and how I apply it to my life (conscience).

_____ **AM6/AC** The accused may have the assistance of anyone/anything in the presentation of his defense.

**AM6/AC, AM1/FR** It is up to me to choose and have as counsel whoever can best understand and represent my conscience (what I think is right or wrong).

**AM 13.1/S, IS** No law-abiding person shall be forced to do anything he does not want to do.

**OTHER:** _____

**II. GUARANTEES OF AN HONEST GOVERNMENT THAT GIVES FAIR AND EQUAL PROTECTION FOR ALL**

**AM1/FS** No law shall limit my freedom of speech - I can say whatever I believe - especially if required (when someone requires me to tell the Truth, the whole Truth, and nothing but the Truth...).

**AM1/FP** No law shall limit freedom of the press - or my freedom to express my ideas in writing or printing.

**AM6/INFO** The accused must be informed why he is on trial (and the nature and cause of the complaint).

**AM6/WA** The accused must be confronted by all witnesses against him.

_____ **AM6/WF** The accused has the right to compulsory process to get all people or materials in his favor.

_____ **AM6/PT** In all trials involving the threat of jail, the accused shall have a public trial by a jury of their peers (including friends).

○ **AM5/IN** No person shall be held to answer for any serious crime without a Grand Jury indictment.

○ **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.

○ **AM14.1/EP** All persons shall be equally protected and restricted by the law.

○ **421/UP, UI** People of each state can do anything that is allowed in any other state.

_____ **411/ARP** No state shall refuse to acknowledge the actions and records of other states.

○ **AM14.1/CP, CI** No state shall make or enforce any law limiting rights guaranteed in the U.S. Constitution.

_____ **OTHER:** _____

## III. GUARANTEES OF REASONABLE ENFORCEMENT OF YOUR RIGHTS

_____ **AM4/PS** I am safe from unwarranted searches/seizures of myself, or anything mine (or my responsibility).

○ **AM4/W, PC** Any action taken against me must be fully described to me in writing, issued by a court of law (not an agency - like IRS), signed by a judge (not an agent - like IRS), and sworn on oath.

_____ **101/OC** No state shall pass any law impairing the obligation of contracts.

_____ **OTHER:** _____

## IV. GUARANTEES OF DUE PROCESS (ACTION/REACTION PROCESS THAT PROVIDES JUSTICE FOR ALL)

○ **AM5/DP** No person shall be deprived of anything without a fair trial based on Constitutional law.

_____ **AM14/DP** No State shall deprive anyone of anything without a fair trial based on Constitutional law.

_____ **192/H C** I have a right to further court process if I have been unlawfully confined (Writ of Habeas Corpus).

_____ **322/SCA** I have a right to appeal my case to a higher court.

_____ **OTHER:** _____

## V. PROTECTIONS AGAINST UNREASONABLE GOVERNMENT BEHAVIOR (OVER CONTROLLING YOUR LIFE)

○ **193/XL** No law shall be passed today that can punish me for something I did yesterday (no retroactive laws).

_____ **101/XL** No state shall pass any law today that can punish me for something I did yesterday (ex post facto).

○ **411/CPE** Congress determines the effect of state legal processes.

_____ **AM5/DJ** No person shall suffer more than once for the same offense.

_____ **101/LMR** No state shall declare war on a person (resort to force) in violation of the Constitution.

_____ **AM8/XB** No excessive bail shall be required - bail shall be proportional to crime.

_____ **AM8/XF** No excessive fines shall be imposed - fines shall be proportional to crime.

○ **AM8/CP** No cruel punishment (torture) shall be inflicted on anyone.

○ **AM8/UP** No unusual punishment shall be inflicted - there shall be equal suffering for equal crimes.

_____ **OTHER:** _____

## VI. PROTECTIONS AGAINST GOVERNMENT SECRECY — WHICH FORCES GOVERNMENT TO BE HONEST

○ **AM6/INFO, AM14.1/EP** I may require as much in writing as is required of me.

_____ **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).

_____ **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.

_____ **AM7/JT** All trials not involving the threat of jail, and involving over $20 shall be tried by jury of peers.

○ **AM6/ST, PT** All trials involving the threat of jail shall be speedy and public.

○ **323/JT** All trials involving the threat of jail shall be by jury of peers (including friends).

_____ **323/TIS** Trial must be in the state where the crime was committed.

_____ **AM6/IJT** A jury must impartially rule on facts (even ruling against any law they believe unfair).

_____ **AM6/TWC** A jury must be of the state and district where the crime was committed.

_____ **AM6/DPA** The trial district must be pre-established by law to insure a fair sampling of people in the jury.

_____ **101/GS** Money is legal tender ONLY if it is made of, or exchangeable at a bank for, silver or gold.

_____ **101/GS, TD** No state shall make anything but silver or gold legal tender for payment of debts.

_____ **101/CM** No state is allowed to coin or print money.

_____ **101/EBC** No state is allowed to print anything to be used in the place of money.

_____ **101/OC** No state is allowed to weaken the dollar bill's obligation to be exchangeable for silver or gold.

____ 185/CM Only Congress can coin money (not Federal Reserve, which is an unlawful private corporation).
____ 185/VM Congress has valued Money at 412.5 grains of standard silver (or equivalent gold) to the dollar.
. (Federal Reserve notes do NOT promise any silver or gold at all! So, they are unlawful and cannot be used in
____ any transactions with the Government (payment of taxes, bail, fees, fines, court costs, etc.).
____ 186/PC Printing money without lawful authorization is counterfeiting; Congress must punish counterfeiters.
____ 101/TN No state shall set anyone (including Bar Assoc., Esq., Nobility Title, etc.) above the Common Man.
____ 101/TAC No state shall work against the U.S. Constitution with anyone (Bar Assoc., IRS, etc.).
____ 431/NNS No controlling agency (Bar Assoc., IRS) shall be formed (or act) in violation of the U.S. Constitution.
⭘ 331/TAU No controlling agency shall harass a U.S. Citizen (mixed war/treason).
____ 111/SP Only Congress has the power to make laws.
____ 311/SP Only courts can decide punishments and rewards with regard to the Supreme Law.
____ OTHER: _____

## VII. PROTECTIONS AGAINST GOVERNMENT COMPLETELY CONTROLLING YOUR LIFE (DOMINATION)

⭘ AM5/WAH No person shall be forced to say or do anything that can be used against him later (for any reason).
____ AM3/QS No public servant shall be quartered in a house unlawfully or without owner's consent.
⭘ 193/BA No person or group can make a law, judge on it, AND punish under it (this takes away ALL rights).
____ 101/BA No state shall allow any person or group to make a law, judge on it, AND punish under it. *to he sileat*
⭘ OTHER *Congress Cannot tell one certain place to be sileat*

## VIII. GUARANTEES THAT IF SOMETHING IS WRONG, YOUR GOVERNMENT MUST DO SOMETHING

⭘ AM14.1/CUS All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
____ AM14.4/PDQ Taxes (public debt) spent for unlawful purposes may be questioned.
____ 197/N UW No money may be withdrawn from the Public Treasury for unlawful purposes.
____ AM16/TX Congress has the power to lay and collect taxes only for lawful purposes.
____ AM5/JC No one shall give up or lose anything (taxes) for public gain without fair compensation.
____ AM1/PA, RG I may assemble peaceably with others to ask the Government to protect my rights.
____ AM24/VPT The right to vote may not be denied to anyone because they fail to pay taxes.
⭘ AM9/ER All rights belong to the people: some are stated, some are not.
⭘ AM10/PR All government power comes from the consent of the people governed.
⭘ AM5/DP No person shall be deprived of anything without a fair trial of peers based on Constitutional law.
____ AM14/DP No state shall deprive anyone of anything without a fair trial of peers based on Constitution law.
⭘ 441/GRG The U.S. guarantees a system of laws to protect the majority AND minority.
⭘ 612/SL "This Constitution is the Supreme Law of the Land."
⭘ 613/BO All law makers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.
____ 218/OATH The President's oath is to "faithfully execute" his office and "defend the U.S. Constitution."
____ 231/GX The President shall "take care that the laws be faithfully executed (enforced)."
____ 612/JB All judges are bound by oath to support the United States Constitution.
⭘ 441/PAI The U.S. will protect every U.S. Citizen against any attack upon themselves or their rights.
⭘ 441/PADV The U.S. will protect every U.S. Citizen against local attack upon themselves or their rights.
____ AM2/KBA The right of people to keep and bear arms shall never be limited or infringed.
____ AM14.3/HO, IR No person shall hold office if he rebels against or violates the U.S. Constitution (treason).
____ OTHER: _____

## IX. GUARANTEES THAT IF SOMETHING IS WRONG, WHAT THE GOVERNMENT IS REQUIRED TO DO

⭘ 241/IMP Any government employee (except Military) may be impeached.
____ 136/STI Only the Senate shall try impeachments.
____ 136/SCI Only the Senate shall convict in cases of impeachment.
⭘ 137/JI Impeachment bars one from office.
⭘ 137/LSL The impeached shall be subject to trial and punishment like anyone else.
____ 331/TC It takes at least two witnesses (see below) or a confession in court to convict anyone of treason.
____ 332/TP Congress shall decide the punishment for treason.
⭘ AM14.3/RD Congress shall impeach anyone who rebels against or violates the U.S. Constitution.

# CRIMINAL COMPLAINT (Cont.)

| THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178. |
|---|

____ **321/JUC** The Court's power reaches into all cases involving the U.S. Constitution or any laws made under it.

____ **321/JUP** The Court's power shall extend to any case involving the United States as a party.

____ **OTHER:** _____

---

## TITLE 18 SECTION 241 - (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or laws of the United States, or because of his/her having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his/her free exercise or enjoyment of any right or privilege so secured they shall be fined not more than $10,000.00 or imprisoned not more than 10 years, or both: and if death results they shall be subject to imprisonment for any term of years or for life.

## TITLE 18 SECTION 242 - (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000.00 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

**THEREFORE,** the Court shall punish according to TITLE 18 SECTION 241/242.

---

NOTE: MARK THE FOLLOWING APPROPRIATE ITEMS – HOWEVER DO <u>NOT</u> COUNT THESE IN THE FINAL LEDGER

### X. PUNISHMENTS PROVIDED FOR CORRUPT PEOPLE IN OFFICE, DRAWING PUBLIC FUNDS

____ **161/CS** Members of House and Senate will be paid with public 'funds for service - not disservice.'

____ **311/CS** Judges will be paid for their service - but not for disservice.

____ **217/CS** The President shall be paid for his service - but not for disservice.

____ **AM14.4/OC, IR** The United States shall not be bound to finance It's own destruction.

____ **AM14.4/OC, V** The debt incurred by the U.S. to finance It's own destruction is void.

____ **101/OC** No State shall pass any law impairing the obligations of contracts.

____ **231/GX** The President shall "take care that the laws be faithfully executed (enforced) ."

____ **231/CO** The President gives power to the officers he appoints.

| THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178. |
|---|

____ **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).

____ **612/JB** All judges are bound by oath to support the Constitution of the United States of America.

____ **613/BO** All law makers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.

✓ **AM14.3/HO, IR** No person shall hold office if he rebels against, or violates the U.S. Constitution.

____ **OTHER:** _____

| THEREFORE, the Court shall punish the defendant(s) for fraud (drawing a wage for disservice) and misprision (mis-use of public office or contempt against the U.S. Constitution, the Supreme Law of the Land). |
|---|

# CRIMINAL COMPLAINT (Cont.)

This "Criminal Complaint" is an Affidavit of Obligation in the normal "Commercial" sense and as such is a "Security Instrument" representing accounts receivable and is a "Distress and Lien" upon the real and movable property and rights to property, including but not limited to Mal-Practice Insurance, Public Official Liability Insurance, Homeowners Liability Insurance, and Performance and/or Fidelity Bonds, etc. of the above-cited Defendants.

All Claims are stated in lawful US Dollars, as defined by the lawful U.S. Constitution, which means for the purpose of this document, that the value of a lawful US Dollar is defined as 371.25 grains of 0.999 Fine Silver per the Coinage Act of 1792. One Troy Oz. of 0.999 Fine Silver = 480 Grains. 371.25 / 480 = 0.7734375 or 77.344% of One Troy Oz. One lawful U.S. Dollar equals 77.344% of one ounce fine Silver.

All Payments will be made using the equivalent value as 371.25 grains of 0.999 Fine Silver and the Spot Price of Silver as established by a lawful precious metals regulating agency, or the spot price on the U.S. Silver Market, whichever is the higher amount at the time of the first day of default, at the highest Value of the day. For example, if the claim is to be paid in Federal Reserve Notes (FRN) and/or other acceptable Funds, these Federal Reserve Notes and/or Funds will only be accepted in payment as adjusted to the current Value of Silver as indicated above. This is the Silver Multiplier and also applies to any accrued interest calculations as a result of this Criminal Complaint.

This is to mean for example, that if the Spot value of Fine Silver is $30.00 on the day of default, then $30.00 multiplied by 0.77344 equals $22.203 value. One US Dollar therefore equals 22.203 FRN.

**Note:** I/We reserve the right to choose how we are compensated, and in which funds, currencies, denominations, etc., including but not limited to payment in 0.999 Fine Silver and/or other precious metal(s).

## LEDGER

**Notice to Credit/Bonding Companies: The Commercial Value of this complaint is $_____**

### LEDGER: (Total Counts X $10,000) X (Total Lien Debtors) = $ Value

Total **Constitutional Violations**, by Judge(s) who are Lien debtor(s): _0_, at $ ___0___ per count, equals $_____0_____, multiplied by the total **number of Judge(s)** who are Lien Debtor(s): _0_, equals the **1st Sub-Total $ _____0_____.**

Total **Constitutional Violations**, by other people(s) who are Lien Debtor(s) _235_, at $ _30_ per count, equals $_16,050_____, multiplied by the total **number of other people(s)** who are Lien Debtor(s), _535_, equals the **2nd Sub-Total $ _8,586,750_____.**

**1st Sub-Total $ _____0_____.** Plus **2nd Sub-Total $ 8,586,750.00.**

**Equals Grand Total $ 8,586,750.00_____** times Silver Multiplier at default.

**Note:** Due to the Criminal Offense, once the three-month (Jewish), 90-day (Statutory) time limit expires; interest shall be compounded at 1.00% per month on any unpaid balance of the outstanding Debt.

Case 3:23-cv-00094   Document 1-3   Filed 01/31/23   Page 10 of 23 PageID #: 18

**SUPPORTING EVIDENCE AND ADDENDUMS**

The Accused also wear
Julery this Symbolizes
a Philophully Sex Symbol.
It shorld either be
removed or Mistyated

Case 3:23-cv-00094   Document 1-3   Filed 01/31/23   Page 11 of 23 PageID #: 19

I (we) certify under penalties of perjury·that I (we) have grounds to, and do believe that the above-accused person(s) committed the above offense(s) contrary to law, and by the authority of the United States Constitution of America do hereby declare same to be under Citizen's Arrest, the actual physical arrest to be by the U.S. Marshall. (See Title 42. Sections 1983-1989.)

Plaintiff(s) reserve the right to amend this and/or any other document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.

I (we) are personally appearing before Notary, and giving written and by spoken oath affirming, that the following is true, correct, materially complete, and not misleading to the best of my/our knowledge and belief, under my/our own commercial liability.

Dated this _____ day of _____ ,A.D. 20___

Sign Here: _____ ☐

Sign Here: _____ ☐

(If you are a witness to treason, check box) ↑

NOTARY

SEAL

[STATE] _Tennessee_ )
) ss.
[COUNTY] _Davidson_ )

On this _____31st_____ day of _JAN_ ,A.D. 20 23

the above signatory(s) is personally appearing before me with picture ID, executed the foregoing instrument, and acknowledges it to be his/her/their own free-will act and deed.

_____ My Commission Expires: _July 7, 2025_

Notary Public

Record an Original of this document with the **Federal US Magistrate Judge**; if he refuses then the Federal US Prosecuting Attorney; if he refuses then the US Marshall. Have it date and time stamped, along with getting a federal criminal case # with **signature** of receiver somewhere on the cover sheet – maybe by the time-date stamp, in order to honor the Full Faith and Credit Clause of the Constitution (Article IV § I). Get two copies of the stamped coversheet to make photocopies for your full Criminal Complaint document, to give out as Complementary copies.

**One Complimentary copy each to:**

Defendant(s) / Accused, and all other directly or indirectly interested parties.

| Lien Debtors/Defendants separately and jointly. **THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) →** | **101/OC – O**bligation of **C**ontracts |
|---|---|

101/OC – Obligation of Contracts
 └ Clause 1
  └ Section 10
   └ Article 1

AM14.1/EP – Equal Protection
 └ Section 1
  └ Amendment 14

| REF | TITLE | REF | TITLE |
|---|---|---|---|
| 111/SP | Separation (of) Powers | 441/PADV | Protect Against Domestic Violence |
| 136/STI | Senate Tries Impeachment | 612/SL | Supreme Law of land |
| 136/SCI | Senate Convict Impeachment | 612/JB | Judges Bound by oath |
| 137/JI | Judgment Impeachment | 613/BO | All Bound by Oath |
| 137/LSL | Liable, Subject to Law | AM1/FR | Freedom of Religion |
| 153/HJP | House Journal Proceedings | AM1/FERB | Freedom to Establish Religious Basis |
| 185/CM, VM | Coin Money, Value Money | AM1/FERI | Freedom to Est. Religious Institute |
| 186/PC | Punish Counterfeiting | AM1/FXR | Freedom to Exercise Religion |
| 189/CT | Constitute Tribunals | AM1/FS | Freedom of Speech |
| 180/SP | Separation of Powers | AM1/FP | Freedom of Press |
| 192/HC | Habeas Corpus | AM1/PA | Peaceful Assembly |
| 193/BA | Bill of Attainder | AM1/RG | Redress Grievances |
| 193/XL | Ex post facto Law | AM2/KBA | Keep and Bear Arms |
| 101/TAC | Treaties, Alliance, Confederation | AM3/QS | Quartering Soldiers |
| 101/LMR | Letters of Marque and Reprisal | AM4/PS | People Secure |
| 101/CM | Coin Money | AM4/W, PC | Warrant, Probable Cause |
| 101/EBC | Emit Bills of Credit | AM5/IND | Indictment |
| 101/GS, TD | Gold / Silver Tender Debt payment | AM5/DJ | Double Jeopardy |
| 101/BA | Bill of Attainder | AM5/WAH | Witness Against Himself |
| 101/XL | Ex post facto Law | AM5/DP | Due Process |
| 101/OC | Obligation of Contracts | AM5/JC | Just Compensation |
| 101/TN | Title of Nobility | AM6/ST | Speedy Trial |
| 211/SP | Separation of Powers | AM6/PT | Public Trial |
| 217/CS | Compensation of Service | AM6/IJT | Impartial Jury Trial |
| 218/OATH | Oath of president | AM6/TWC | Trial Wherein Committed |
| 221/ROW | Require Opinion in Writing | AM6/DPA | District Previously Ascertained |
| 221/GRP | Grant Reprieves and Pardons | AM6/INFO | Information |
| 222/AJ | Appoint Judges | AM6/WA | Witness Against |
| 222/AO | Appoint Officers | AM6/WF | Witness in Favor |
| 222/AOL | Appoint Officers by Law | AM6/AC | Assistance of Counsel |
| 222/AV | Appointment Vested | AM7/JT | Jury Trial |
| 231/GX | Guarantee Execution | AM7/FX | Facts Examined |
| 231/CO | Commission Officers | AM8/XB | Excessive Bail |
| 241/IMP | Impeachment | AM8/XF | Excessive Fine |
| 311/SP | Separation of Powers | AM8/CP | Cruel Punishment |
| 311/GB | Good Behavior | AM8/UP | Unusual Punishment |
| 311/CS | Compensation of Service | AM9/ER | Enumeration of Rights |
| 321/JUC | Judicial Power U.S. Constitution | AM10/PR | Powers Reserved |
| 321/JUP | Judicial Power when U.S. is a Party | AM11/JUC | Judicial power / U.S. Constitution |
| 322/SCA | Supreme Court Appeal | AM 13.1/S, IS | Slavery, Involuntary Servitude |
| 323/JT | Jury Trial | AM14.1/CUS | Citizens of the U.S. |
| 323/TIS | Trial In State | AM14.1/CP, CI | Citizens privileges, Citizens Immunities |
| 331/TAU | Treason Against U.S. | Am14.1/DP | Due Process |
| 331/TC | Treason Conviction | AM14.1/EP | Equal Protection of the law |
| 332/TP | Treason Punishment | AM14.3/HO, IR | Hold Office, Insurrection, Rebellion |
| 411/ARP | Acts, Records and Proceedings | AM14.3/RD | Remove Disability |
| 411/CPE | Congress Prescribes Effect of acts, records and proceedings | AM14.4/PDQ | Public Debt Questioned |
| 421/UP, UI | Uniform Privileges, Uniform Immunities | AM14.4/OC, IR | Obligation of Contracts, Insurrection, Rebellion |
| 431/NNS | No New State | AM14.4/OC, V | Obligation of Contracts |
| 441/GRG | Guarantee Republican Government | Am16/TX | Claims void Tax |
| 441/PAI | Protect Against Invasion | AM24/VPT | Vote - Pay Tax |

THE SUPREME LAW OF THE LAND HAS BEEN WAITING FOR US TO USE IT TO PROTECT OUR CERTAIN UN-A-LIEN-ABLE RIGHTS ENDOWED BY OUR CREATOR AND SECURED BY OUR FIRM OBEDIENCE TO THE CONSTITUTION



# UNITED STATES CONSTITUTION CITATION
# CRIMINAL COMPLAINT
## AFFIDAVIT AND BRIEF OF INFORMATION

THE UNITED STATES *House of Representatives*
(DISTRICT COURT, SUPREME COURT, HOUSE OF REPRESENTATIVES, SENATE JUDICIARY COMMITTEE, PRESIDENT, ETC.)
FOR THE DISTRICT OF (State) *DISTRICT OF COLUMBIA*
IN THE COUNTY OF *WASHINGTON DC*

---

## UNITED STATES OF AMERICA

BY (Plaintiff(s) / Accuser(s))
*Stephen C Maxwell*

VS. (Defendant(s) / Accused)
*JOSEPH R BIDEN*
*Kamala Harris*
*POTUS CABINET*
*DR JILL BIDEN*

AND ANY UNKNOWN OTHERS.

---

**Federal Criminal Case #**

_____

**Date**

_____

**Citizen's Criminal Complaint pursuant to 18 USC § 4**

Denied Full Disclosure, Violation of Due Process, Violation of required Constitutional Oaths, & Violation of our Civil Rights

**Points of Law:**
U.S. Const Article 1 § 10
U.S. Const. Article IV § l,
Amend.1, 5, 6, 9,10, & 14
18 USC §§ 3, 4, 241, 242, 1001,
1621, 1622, 2071, & 2383.
42 USC § 1986
--Rights & Remedies--
UCC 1-308
UCC 1-201

**Notice to Agent is Notice to Principal; Notice to Principal is Notice to Agent**

**CONSTRUCTIVE NOTICE**

To avoid the Dire Consequences of this Criminal Complaint, the accused/defendant(s) must present rebuttal by sworn counter-affidavit, "specifically" stating all rebuttal to be "True, Correct, Materially Complete, and not Misleading," by "Specific Documentary Proof to the Contrary" to each point, point-by-point within three months Jewish (90 days statutory) from the issuance of this Criminal Complaint by Certified Return Receipt Mail to the following address:

**You will enter your name & mailing address, OR your name c/o your Notary & his address, etc.**

ALL POINTS NOT DENIED AND PROPERLY REBUTTED SHALL BE CONFESSED / AFFIRMED, BY SUCH DEFAULT, AND SHALL BE ACCEPTED AS DISPOSITIVE, CONCLUSIVE FACTS BY ACCUSED/DEFENDANTS and/or OTHER PROPERLY DELEGATED AUTHORITY, WHO HAD THE OPPORTUNITY AND "FAILED TO PLEAD." ALL COUNTER-AFFIDAVITS MUST BE SIGNED WITH THE VALID LEGAL NAME OF THE RESPONDENT AND PROPERLY NOTARIZED. FICTITIOUS OR INCOMPLETE NAMES OF RESPONDENTS OR THOSE NOT CONTAINING COMPLETE LEGAL FIRST, MIDDLE, AND LAST NAMES SHALL NOT CONSTITUTE A VALID RESPONSE BECAUSE THEY ARE NOT PROPERLY "AUTHENTICATED". (To be properly "Authenticated", it must satisfy and "Honor" the "Full Faith and Credit" requirements of the Constitution Article IV § I)

# Purpose of this Criminal Complaint

This Criminal Complaint secures the **"Remedy"** for the herein named people (s') **"Right"** to obtain Lawful Remedy from any public officials(s) who have and are continuing to violate our Creator-endowed certain **"Un-a-lien-able Rights,"** and **Freedoms** secured and protected by the Lawful Constitution for the United States of America.

# Statement of Fact(s)

This instrument is being used to accuse the above-named defendant(s) of the offense of violation(s) of the herein listed and marked parts of the Constitution of the United States of America --- the ORIGINAL and SUPREME Law of the Land.

_09/23/22                    DC                    Washington_

Said defendant(s), on or about (Enter Date), in (ENTER COUNTY) County, The State of (ENTER STATE), did unlawfully (describe events in your own words):

_Joseph R. Biden, who Acts as the_
_President in the United States of_
_America, His wife, Jill Biden, 1st_
_Lady, and Pious Cabon, are_
_Keeping Pres. Biden in office as_
_a incompetent person only by_
_invoking the 25th Amendment_

---

**ARTICLE 6, CONSTITUTION FOR THE UNITED STATES:**

"**THIS CONSTITUTION,** and the laws of the United States of America which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States of America, **SHALL BE THE SUPREME LAW OF THE LAND;** and the judges in every state shall be bound thereby, anything in the Constitution or laws of any state to the contrary notwithstanding." ...

---

**16 AM JUR 2D 177,178:**

The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose;

Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords no protection, and justifies no acts performed under it;

No one is bound to obey an unconstitutional law, and no courts are bound to enforce it;

An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the Fundamental Law of the Land, it is superseded thereby;

The general rule is that an unconstitutional act of the Legislature protects no one. It is said that all persons are presumed to know the law, meaning that ignorance of the law excuses no one; if any person acts under an unconstitutional statute, he does so at his peril and must take the consequences.

---

**INSTRUCTION: Mark the boxes below where you believe the Law has been violated.**

| | |
|---|---|
| THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX) | **101/OC – O**bligation of **C**ontracts<br>└ Clause 1<br>└ Section 10　**AM14.1/EP – E**qual **P**rotection<br>└ Article 1　└ Section 1<br>└ Amendment 14 |

---

**J = JUDGE;　A = ATTORNEY;　O = OTHER;　X = Judge, Attorney, Other**

**I. PROTECTIONS OF YOUR BASIC RIGHTS -** (You can add more, such as attachments on the line below labeled "other")

_____ **AM1/FR** No law shall be made limiting my freedom of religion and how I apply it to my life (conscience).

_____ **AM6/AC** The accused may have the assistance of anyone/anything in the presentation of his defense.

_____ **AM6/AC, AM1/FR** It is up to me to choose and have as counsel whoever can best understand and represent my conscience (what I think is right or wrong).

_____ **AM 13.1/S, IS** No law-abiding person shall be forced to do anything he does not want to do.

_____ **OTHER:** _____

**II. GUARANTEES OF AN HONEST GOVERNMENT THAT GIVES FAIR AND EQUAL PROTECTION FOR ALL**

_____ **AM1/FS** No law shall limit my freedom of speech - I can say whatever I believe - especially if required (when someone requires me to tell the Truth, the whole Truth, and nothing but the Truth...).

_____ **AM1/FP** No law shall limit freedom of the press - or my freedom to express my ideas in writing or printing.

_____ **AM6/INFO** The accused must be informed why he is on trial (and the nature and cause of the complaint).

_____ **AM6/WA** The accused must be confronted by all witnesses against him.

_____ **AM6/WF** The accused has the right to compulsory process to get all people or materials in his favor.
_____ **AM6/PT** In all trials involving the threat of jail, the accused shall have a public trial by a jury of their peers (including friends).
_____ **AM5/IN** No person shall be held to answer for any serious crime without a Grand Jury indictment.
_____ **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
_____ **AM14.1/EP** All persons shall be equally protected and restricted by the law.
_____ **421/UP, UI** People of each state can do anything that is allowed in any other state.
_____ **411/ARP** No state shall refuse to acknowledge the actions and records of other states.
_____ **AM14.1/CP, CI** No state shall make or enforce any law limiting rights guaranteed in the U.S. Constitution.
_____ **OTHER:** _____

## III. GUARANTEES OF REASONABLE ENFORCEMENT OF YOUR RIGHTS

_____ **AM4/PS** I am safe from unwarranted searches/seizures of myself, or anything mine (or my responsibility).
_____ **AM4/W, PC** Any action taken against me must be fully described to me in writing, issued by a court of law (not an agency - like IRS), signed by a judge (not an agent - like IRS), and sworn on oath.
_____ **101/0C** No state shall pass any law impairing the obligation of contracts.
_____ **OTHER:** _____

## IV. GUARANTEES OF DUE PROCESS (ACTION/REACTION PROCESS THAT PROVIDES JUSTICE FOR ALL)

_____ **AM5/DP** No person shall be deprived of anything without a fair trial based on Constitutional law.
_____ **AM14/DP** No State shall deprive anyone of anything without a fair trial based on Constitutional law.
_____ **192/H C** I have a right to further court process if I have been unlawfully confined (Writ of Habeas Corpus).
_____ **322/SCA** I have a right to appeal my case to a higher court.
_____ **OTHER:** _____

## V. PROTECTIONS AGAINST UNREASONABLE GOVERNMENT BEHAVIOR (OVER CONTROLLING YOUR LIFE)

_____ **193/XL** No law shall be passed today that can punish me for something I did yesterday (no retroactive laws).
_____ **101/XL** No state shall pass any law today that can punish me for something I did yesterday (ex post facto).
_____ **411/CPE** Congress determines the effect of state legal processes.
_____ **AM5/DJ** No person shall suffer more than once for the same offense.
_____ **101/LMR** No state shall declare war on a person (resort to force) in violation of the Constitution.
_____ **AM8/XB** No excessive bail shall be required - bail shall be proportional to crime.
_____ **AM8/XF** No excessive fines shall be imposed - fines shall be proportional to crime.
_____ **AM8/CP** No cruel punishment (torture) shall be inflicted on anyone.
_____ **AM8/UP** No unusual punishment shall be inflicted - there shall be equal suffering for equal crimes.
_____ **OTHER:** _____

## VI. PROTECTIONS AGAINST GOVERNMENT SECRECY — WHICH FORCES GOVERNMENT TO BE HONEST

_____ **AM6/INFO, AM14.1/EP** I may require as much in writing as is required of me.
_____ **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).
_____ **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.
_____ **AM7/JT** All trials not involving the threat of jail, and involving over $20 shall be tried by jury of peers.
_____ **AM6/ST, PT** All trials involving the threat of jail shall be speedy and public.
_____ **323/JT** All trials involving the threat of jail shall be by jury of peers (including friends).
_____ **323/TIS** Trial must be in the state where the crime was committed.
_____ **AM6/IJT** A jury must impartially rule on facts (even ruling against any law they believe unfair).
_____ **AM6/TWC** A jury must be of the state and district where the crime was committed.
_____ **AM6/DPA** The trial district must be pre-established by law to insure a fair sampling of people in the jury.
_____ **101/GS** Money is legal tender ONLY if it is made of, or exchangeable at a bank for, silver or gold.
_____ **101/GS, TD** No state shall make anything but silver or gold legal tender for payment of debts.
_____ **101/CM** No state is allowed to coin or print money.
_____ **101/EBC** No state is allowed to print anything to be used in the place of money.
_____ **101/OC** No state is allowed to weaken the dollar bill's obligation to be exchangeable for silver or gold.

___ **185/CM** Only Congress can coin money (not Federal Reserve, which is an unlawful private corporation).
___ **185/VM** Congress has valued Money at 412.5 grains of standard silver (or equivalent gold) to the dollar.
(Federal Reserve notes do NOT promise any silver or gold at all! So, they are unlawful and cannot be used in
any transactions with the Government (payment of taxes, bail, fees, fines, court costs, etc.).
___ **186/PC** Printing money without lawful authorization is counterfeiting; Congress must punish counterfeiters.
___ **101/TN** No state shall set anyone (including Bar Assoc., Esq., Nobility Title, etc.) above the Common Man.
___ **101/TAC** No state shall work against the U.S. Constitution with anyone (Bar Assoc., IRS, etc.).
___ **431/NNS** No controlling agency (Bar Assoc., IRS) shall be formed (or act) in violation of the U.S. Constitution.
___ **331/TAU** No controlling agency shall harass a U.S. Citizen (mixed war/treason).
___ **111/SP** Only Congress has the power to make laws.
___ **311/SP** Only courts can decide punishments and rewards with regard to the Supreme Law.
___ **OTHER:** _____

## VII. PROTECTIONS AGAINST GOVERNMENT COMPLETELY CONTROLLING YOUR LIFE (DOMINATION)

___ **AM5/WAH** No person shall be forced to say or do anything that can be used against him later (for any reason).
___ **AM3/QS** No public servant shall be quartered in a house unlawfully or without owner's consent.
___ **193/BA** No person or group can make a law, judge on it, AND punish under it (this takes away ALL rights).
___ **101/BA** No state shall allow any person or group to make a law, judge on it, AND punish under it.
___ **OTHER:** _____

## VIII. GUARANTEES THAT IF SOMETHING IS WRONG, YOUR GOVERNMENT MUST DO SOMETHING

___ **AM14.1/CUS** All persons born or naturalized in the U.S. are citizens and protected by the U.S. Constitution.
___ **AM14.4/PDQ)** Taxes (public debt) spent for unlawful purposes may be questioned.
___ **197/N UW** No money may be withdrawn from the Public Treasury for unlawful purposes.
___ **AM16/TX** Congress has the power to lay and collect taxes only for lawful purposes.
___ **AM5/JC** No one shall give up or lose anything (taxes) for public gain without fair compensation.
___ **AM1/PA, RG** I may assemble peaceably with others to ask the Government to protect my rights.
___ **AM24/VPT** The right to vote may not be denied to anyone because they fail to pay taxes.
___ **AM9/ER** All rights belong to the people: some are stated, some are not.
___ **AM10/PR** All government power comes from the consent of the people governed.
___ **AM5/DP** No person shall be deprived of anything without a fair trial of peers based on Constitutional law.
___ **AM14/DP** No state shall deprive anyone of anything without a fair trial of peers based on Conststitution law.
___ **441/GRG** The U.S. guarantees a system of laws to protect the majority AND minority.
_O_ **612/SL** "This Constitution is the Supreme Law of the Land."
___ **613/BO** All law makers, court officials, and enforcement officers are bound by oath to the U.S. Conststitution.
_O_ **218/OATH** The President's oath is to "faithfully execute" his office and "defend the U.S. Constitution."
_O_ **231/GX** The President shall "take care that the laws be faithfully executed (enforced)."
___ **612/JB** All judges are bound by oath to support the United States Constitution.
_O_ **441/PAI** The U.S. will protect every U.S. Citizen against any attack upon themselves or their rights.
_O_ **441/PADV** The U.S. will protect every U.S. Citizen against local attack upon themselves or their rights.
___ **AM2/KBA** The right of people to keep and bear arms shall never be limited or infringed.
___ **AM14.3/HO, IR** No person shall hold office if he rebels against or violates the U.S. Constitution (treason).
_O_ **OTHER:** _TREASON Against US. And Citizens, faile to make #1 25_

## IX. GUARANTEES THAT IF SOMETHING IS WRONG, WHAT THE GOVERNMENT IS REQUIRED TO DO

_O_ **241/IMP** Any government employee (except Military) may be impeached.
___ **136/STI** Only the Senate shall try impeachments.
___ **136/SCI** Only the Senate shall convict in cases of impeachment.
_O_ **137/JI** Impeachment bars one from office.
___ **137/LSL** The impeached shall be subject to trial and punishment like anyone else.
___ **331/TC** It takes at least two witnesses (see below) or a confession in court to convict anyone of treason.
___ **332/TP** Congress shall decide the punishment for treason.
___ **AM14.3/RD** Congress shall impeach anyone who rebels against or violates the U.S. Constitution.

# CRIMINAL COMPLAINT (Cont.)

| THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178. |
|---|

    \_\_\_\_ **321/JUC** The Court's power reaches into all cases involving the U.S. Constitution or any laws made under it.

    \_\_\_\_ **321/JUP** The Court's power shall extend to any case involving the United States as a party.

    \_\_\_\_ **OTHER:** _____

## TITLE 18 SECTION 241 - (18 USC 241) - CONSPIRACY AGAINST THE RIGHTS OF CITIZENS

If two or more persons conspire to injure, oppress, threaten, or intimidate any citizen in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or laws of the United States, or because of his/her having so exercised the same; or if two or more persons go in disguise on the highway or the premises of another, with intent to prevent or hinder his/her free exercise or enjoyment of any right or privilege so secured they shall be fined not more than $10,000.00 or imprisoned not more than 10 years, or both: and if death results they shall be subject to imprisonment for any term of years or for life.

## TITLE 18 SECTION 242 - (18 USC 242) - DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any inhabitant of any State, Territory, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such inhabitant being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined not more than $1,000.00 or imprisoned not more than one year, or both; and if death results shall be subject to imprisonment for any term of years or for life.

| **THEREFORE**, the Court shall punish according to TITLE 18 SECTION 241/242. |
|---|

**NOTE: MARK THE FOLLOWING APPROPRIATE ITEMS – HOWEVER DO <u>NOT</u> COUNT THESE IN THE FINAL LEDGER**

### X. PUNISHMENTS PROVIDED FOR CORRUPT PEOPLE IN OFFICE, DRAWING PUBLIC FUNDS

    \_\_\_\_ **161/CS** Members of House and Senate will be paid with public 'funds fo; service - not disservice.'

    \_\_\_\_ **311/CS** Judges will be paid for their service - but not for disservice.

    Ⓞ **217/CS** The President shall be paid for his service - but not for disservice.

    \_\_\_\_ **AM14.4/OC, IR** The United States shall not be bound to finance it's own destruction.

    \_\_\_\_ **AM14.4/OC, V** The debt incurred by the U.S. to finance It's own destruction is void.

    \_\_\_\_ **101/OC** No State shall pass any law impairing the obligations of contracts.

    Ⓞ **231/GX** The President shall "take care that the laws be faithfully executed (enforced) ."

    \_\_\_\_ **231/CO** The President gives power to the officers he appoints.

| THEREFORE, the Court shall judge according to 16 AM JUR 2D 177, 178. |
|---|

    \_\_\_\_ **311/GB** All judges may only hold office during their good behavior (lawful, patient, dignified, courteous, etc.).

    \_\_\_\_ **612/JB** All judges are bound by oath to support the Constitution of the United States of America.

    \_\_\_\_ **613/BO** All law makers, court officials, and enforcement officers are bound by oath to the U.S. Constitution.

    Ⓞ **AM14.3/HO, IR** No person shall hold office if he rebels against, or violates the U.S. Constitution.

    **OTHER:** *It is my allejation that under*

| THEREFORE, the Court shall punish the defendant(s) for fraud (drawing a wage for disservice) and misprision (mis-use of public office or contempt against the U.S. Constitution, the Supreme Law of the Land). |
|---|

*Amendment 25, the Senate Pro Tempre should*
*have been sworn in as interim after*

*blocked ...*

This "Criminal Complaint" is an Affidavit of Obligation in the normal "Commercial" sense and as such is a "Security Instrument" representing accounts receivable and is a "Distress and Lien" upon the real and movable property and rights to property, including but not limited to Mal-Practice Insurance, Public Official Liability Insurance, Homeowners Liability Insurance, and Performance and/or Fidelity Bonds, etc. of the above-cited Defendants.

All Claims are stated in lawful US Dollars, as defined by the lawful U.S. Constitution, which means for the purpose of this document, that the value of a lawful US Dollar is defined as 371.25 grains of 0.999 Fine Silver per the Coinage Act of 1792. One Troy Oz. of 0.999 Fine Silver = 480 Grains. 371.25 / 480 = 0.7734375 or 77.344% of One Troy Oz. One lawful U.S. Dollar equals 77.344% of one ounce fine Silver.

All Payments will be made using the equivalent value as 371.25 grains of 0.999 Fine Silver and the Spot Price of Silver as established by a lawful precious metals regulating agency, or the spot price on the U.S. Silver Market, whichever is the higher amount at the time of the first day of default, at the highest Value of the day. For example, if the claim is to be paid in Federal Reserve Notes (FRN) and/or other acceptable Funds, these Federal Reserve Notes and/or Funds will only be accepted in payment as adjusted to the current Value of Silver as indicated above. This is the Silver Multiplier and also applies to any accrued interest calculations as a result of this Criminal Complaint.

This is to mean for example, that if the Spot value of Fine Silver is $30.00 on the day of default, then $30.00 multiplied by 0.77344 equals $22.203 value. One US Dollar therefore equals 22.203 FRN.

Note: I/We reserve the right to choose how we are compensated, and in which funds, currencies, denominations, etc., including but not limited to payment in 0.999 Fine Silver and/or other precious metal(s).

## LEDGER

Notice to Credit/Bonding Companies: The Commercial Value of this complaint is $ 52,552,350

### LEDGER: (Total Counts X $10,000) X (Total Lien Debtors) = $ Value

Total **Constitutional Violations**, by Judge(s) who are Lien debtor(s): _1_, at $ _____ per count, equals $ _____, multiplied by the total **number of Judge(s)** who are Lien Debtor(s): ____, equals the 1st **Sub-Total** $ _____.

Total **Constitutional Violations**, by other people(s) who are Lien Debtor(s): _402_, at $ _30_ per count, equals $ _120,810_, multiplied by the total **number of other people(s)** who are Lien Debtor(s), _435_, equals the 2nd **Sub-Total** $ _52,552,350_.

1st **Sub-Total** $ _____. Plus 2nd **Sub-Total** $ _52,552,350_.

**Equals Grand Total** $ _52,552,350_ times Silver Multiplier at default.

Note: Due to the Criminal Offense, once the three-month (Jewish), 90-day (Statutory) time limit expires, interest shall be compounded at 1.00% per month on any unpaid balance of the outstanding Debt.

On or about 9/23/22 and since this time, President Biden, Joseph R., Jr., has been showing signs of extremeness disease, not being able to think thoughts or has had times gone, Pres Biden at times did not know appearingly where he was, where to exit, nor was he aware at the time I allege that a person from Congress passed away 30 days prior to his calling there name out "I see where they were" I see Walorski, dead Aug 3, 22 Pres Biden called on Rep. Warloski on the 28th of September, 2022

Investigation / Impeachment / Removal from Office

respectfully requested

a full Biden. Admin.

## CRIMINAL COMPLAINT (Cont.)

I (we) certify under penalties of perjury that I (we) have grounds to, and do believe that the above-accused person(s) committed the above offense(s) contrary to law, and by the authority of the United States Constitution of America do hereby declare same to be under Citizen's Arrest, the actual physical arrest to be by the U.S. Marshall. (See Title 42. Sections 1983-1989.)

Plaintiff(s) reserve the right to amend this and/or any other document if necessary, in order that the truth be more fully and certainly ascertained and justly determined.

I (we) are personally appearing before Notary, and giving written and by spoken oath affirming, that the following is true, correct, materially complete, and not misleading to the best of my/our knowledge and belief, under my/our own commercial liability.

Dated this _____ day of _____ A.D. 20____

Sign Here: _____

Sign Here: _____ ☐

(If you are a witness to treason, check box) ↑

NOTARY
SEAL

[STATE] _Tennessee_ )
) ss.
[COUNTY] _Davidson_ )
On this ____31st____ day of ____JAN____ A.D. 20 23

the above signatory(s) is personally appearing before me with picture ID, executed the foregoing instrument, and acknowledges it to be his/her/their own free-will act and deed.

_____ My Commission Expires: _July 7, 2025_
Notary Public

Record an Original of this document with the **Federal US Magistrate Judge**; if he refuses then the Federal US Prosecuting Attorney; if he refuses then the US Marshall. Have it date and time stamped, along with getting a federal criminal case # with **signature** of receiver somewhere on the cover sheet – maybe by the time-date stamp, in order to honor the Full Faith and Credit Clause of the Constitution (Article IV § I). Get two copies of the stamped coversheet to make photocopies for your full Criminal Complaint document, to give out as Complementary copies.

**One Complimentary copy each to:**
Defendant(s) / Accused, and all other directly or indirectly interested parties.

Lien Debtors/Defendants separately and jointly. **THIS SIMPLIFIES AND CODES U.S. CONSTITUTIONAL LAWS AS SHOWN FOR BETTER AND MORE COMPLETE UNDERSTANDING FOR ALL. (SEE NEXT BOX)** →

**101/OC** – **O**bligation of **C**ontracts
    └ Clause 1
       └ Section 10
         └ Article 1
**AM14.1/EP** – **E**qual **P**rotection
          └ Section 1
           └ Amendment 14

| REF | TITLE | REF | TITLE |
|---|---|---|---|
| 111/SP | Separation (of) Powers | 441/PADV | Protect Against Domestic Violence |
| 136/STI | Senate Tries Impeachment | 612/SL | Supreme Law of land |
| 136/SCI | Senate Convict Impeachment | 612/JB | Judges Bound by oath |
| 137/JI | Judgment Impeachment | 613/BO | All Bound by Oath |
| 137/LSL | Liable, Subject to Law | AM1/FR | Freedom of Religion |
| 153/HJP | House Journal Proceedings | AM1/FERB | Freedom to Establish Religious Basis |
| 185/CM, VM | Coin Money, Value Money | AM1/FERI | Freedom to Est. Religious Institute |
| 186/PC | Punish Counterfeiting | AM1/FXR | Freedom to Exercise Religion |
| 189/CT | Constitute Tribunals | AM1/FS | Freedom of Speech |
| 180/SP | Separation of Powers | AM1/FP | Freedom of Press |
| 192/HC | Habeas Corpus | AM1/PA | Peaceful Assembly |
| 193/BA | Bill of Attainder | AM1/RG | Redress Grievances |
| 193/XL | Ex post facto Law | AM2/KBA | Keep and Bear Arms |
| 101/TAC | Treaties, Alliance, Confederation | AM3/QS | Quartering Soldiers |
| 101/LMR | Letters of Marque and Reprisal | AM4/PS | People Secure |
| 101/CM | Coin Money | AM4/W, PC | Warrant, Probable Cause |
| 101/EBC | Emit Bills of Credit | AM5/IND | Indictment |
| 101/GS, TD | Gold / Silver Tender Debt payment | AM5/DJ | Double Jeopardy |
| 101/BA | Bill of Attainder | AM5/WAH | Witness Against Himself |
| 101/XL | Ex post facto Law | AM5/DP | Due Process |
| 101/OC | Obligation of Contracts | AM5/JC | Just Compensation |
| 101/TN | Title of Nobility | AM6/ST | Speedy Trial |
| 211/SP | Separation of Powers | AM6/PT | Public Trial |
| 217/CS | Compensation of Service | AM6/IJT | Impartial Jury Trial |
| 218/OATH | Oath of president | AM6/TWC | Trial Wherein Committed |
| 221/ROW | Require Opinion in Writing | AM6/DPA | District Previously Ascertained |
| 221/GRP | Grant Reprieves and Pardons | AM6/INFO | Information |
| 222/AJ | Appoint Judges | AM6/WA | Witness Against |
| 222/AO | Appoint Officers | AM6/WF | Witness in Favor |
| 222/AOL | Appoint Officers by Law | AM6/AC | Assistance of Counsel |
| 222/AV | Appointment Vested | AM7/JT | Jury Trial |
| 231/GX | Guarantee Execution | AM7/FX | Facts Examined |
| 231/CO | Commission Officers | AM8/XB | Excessive Bail |
| 241/IMP | Impeachment | AM8/XF | Excessive Fine |
| 311/SP | Separation of Powers | AM8/CP | Cruel Punishment |
| 311/GB | Good Behavior | AM8/UP | Unusual Punishment |
| 311/CS | Compensation of Service | AM9/ER | Enumeration of Rights |
| 321/JUC | Judicial Power U.S. Constitution | AM10/PR | Powers Reserved |
| 321/JUP | Judicial Power when U.S. is a Party | AM11/JUC | Judicial power / U.S. Constitution |
| 322/SCA | Supreme Court Appeal | AM13.1/S, IS | Slavery, Involuntary Servitude |
| 323/JT | Jury Trial | AM14.1/CUS | Citizens of the U.S. |
| 323/TIS | Trial In State | AM14.1/CP, CI | Citizens privileges, Citizens Immunities |
| 331/TAU | Treason Against U.S. | Am14.1/DP | Due Process |
| 331/TC | Treason Conviction | AM14.1/EP | Equal Protection of the law |
| 332/TP | Treason Punishment | AM14.3/HO, IR | Hold Office, Insurrection, Rebellion |
| 411/ARP | Acts, Records and Proceedings | AM14.3/RD | Remove Disability |
| 411/CPE | Congress Prescribes Effect of acts, records and proceedings | AM14.4/PDQ | Public Debt Questioned |
| 421/UP, UI | Uniform Privileges, Uniform Immunities | AM14.4/OC, IR | Obligation of Contracts, Insurrection, Rebellion |
| 431/NNS | No New State | AM14.4/OC, V | Obligation of Contracts |
| 441/GRG | Guarantee Republican Government | Am16/TX | Claims void Tax |
| 441/PAI | Protect Against Invasion | AM24/VPT | Vote - Pay Tax |