Civil Action No. 3:23-CV-0094   *Motion to Enforce by Default Return Receipt Delivery*

2023 MAR 24 AM 9:13
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SHEILA JACKSON-LEE

was received by me on *(date)* 03/16/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* SERVED UPON DEFENDANT VIA PRIORITY MAIL AND CERTIFIED MAIL W/RETURNED RECIEPT

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 03/24/2023

*Server's signature*

STEPHEN C. MAXWELL, PLAINTIFF
*Printed name and title*

5331 MT. VIEW ROAD/#166
ANTIOCH, TN 37013
629-772-1587
*Server's address*

Additional information regarding attempted service, etc:
CERTIFIED MAIL# 7021095000002850830
RETURN CARD# 9590 9402 6962 1225 2969 89

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sheila Jackson Lee
Rayburn House Office Bldg
Washington DC 20515

9590 9402 6962 1225 2969 89

2. Article Number *(Transfer from service label)*
7021 0950 0000 0285 0830

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt