Civil Action No. 3:23-CV-0094

*[handwritten at top:] 2nd Tendered by Defendant Delered Return Receipt Delered Return Recpt Delered*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) *Sheila Jackson Lee*

was received by me on (date) _____

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify): *Served upon Defendant via USPS Priority Mail / Certified Mail*

*[FILED stamp: 2023 MAR 28 AM 11:15 U.S. DISTRICT COURT MIDDLE DISTRICT TN]*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 03/16/2023

Server's signature: *Stephen C Mowell*

Printed name and title: *Stephen C Mowell*

Server's address: *5337 ____ #166, Antioch TN 37013*

Additional information regarding attempted service, etc:

*Certified Mail # 7021 0950 0000 0285 3060*
*Return Receipt*
*9590 9402 6562 1225 3081 07*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Sheila Jackson-Lee<br>Rayburn HOB-2079<br>Washington DC<br>20515 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6962 1225 3081 01 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 0950 0000 0285 3060 | ☐ Delivery Restricted Delivery<br>Mail<br>Mail Restricted Delivery<br>(over $500) |

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

2nd Motion for Judgment by Default
Delayed Return Receipt
Delayed Return Receipt Delivered

Civil Action No. 3:23-cv-0094

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sheila Jackson Lee

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Served upon defendant with USPS Priority Mail / Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 03/16/2023

Server's signature

Stephen C. Maxwell
Printed name and title

5331 Mt Laurel #166
Antioch TN 37013
Server's address

Additional information regarding attempted service, etc:

Certified Mail # 7021 0950 0000 0285 3084
Return Receipt # 9214721 6962 1235 3080 88

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheila Jackson-Lee
   5TH Ward Office
   4300 Lyons Ave
   Houston TX 77020

   9590 9402 6962 1225 3080 88

2. Article Number (Transfer from service label)

   7021 ▮▮▮0 0000 0285 3084

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Derele Miller_    ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                    3/10/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt