**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| STEPHEN CORTNEY MAXWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:23-cv-00094 |
| | ) | Judge Trauger |
| SHEILA JACKSON LEE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On September 15, 2023, the Magistrate Judge issued a Report and Recommendation

(Doc No. 16), to which no timely objections have been filed.  The Report and Recommendation

is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For

the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT

PREJUDICE pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil

Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge